No. 622. NATIONAL LABOR RELATIONS BOARD *v.* WOOSTER DIVISION OF BORG-WARNER CORPORATION; and

No. 758. WOOSTER DIVISION OF BORG-WARNER CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit in No. 622 granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit in No. 758 granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. Whether, under circumstances where an employer concededly is bargaining in good faith, in fact, and in fact fully recognizes the Union and its representative status, the employer is guilty of a refusal to bargain as a matter of law, because it sought, over Union objection, the *Union's agreement* to identify itself with a name other than that prescribed in the Board's certification."

*Solicitor General Rankin, Stephen Leonard, Dominick L. Manoli* and *Irving M. Herman* for the National Labor

Relations Board. With them were *Theophil C. Kammholz* in No. 622 and *Jerome D. Fenton* in No. 758. *James C. Davis* for the Wooster Division of the Borg-Warner Corporation. Reported below: 236 F. 2d 898.